# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

ELIZABETH CALKINS,

      Plaintiff,                    Civil Action No. 3:13-cv-30181-MAP

v.

NORTHSTAR LOCATION SERVICES, LLC

      Defendants.

## MOTION FOR RECONSIDERATION OF DISMISSAL WITHOUT PREJUDICE

Now comes Elizabeth Calkins, the Plaintiff in the above captioned case, by and through her undersigned attorney, and hereby requests that the Court reconsider its Order of January 10, 2014 dismissing this case *without* prejudice, and in place thereof enter a dismissal of this case *with* prejudice.

As reasons therefore, the Plaintiff states that the parties to this case had settled the case in principle at the time the Notice of Settlement was filed on December 6, 2013, and have now finalized the terms of the settlement and one of the provisions of said settlement provides that this case should be dismissed *with* prejudice

WHEREFORE, the Plaintiff hereby requests that the Court vacate its Order of January 10, 2014 dismissing this case *without* prejudice, and in its place therefore enter an Order dismissing this case *with* prejudice.

*ALLOWED. Dismissal is with prejudice.*

*Michael A. Ponsor USDJ 3-10-14*